IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELL BOYCE, | No. C 14-2900 YGR (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| MICHAEL FOX, et al., | |
| Defendants. | |

Plaintiff has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983.

The acts complained of occurred in Deuel Vocational Institution in San Joaquin County, which is located in the Eastern District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith. All remaining motions are TERMINATED on this Court's docket as no longer pending in this district.

IT IS SO ORDERED.

DATED: July 22, 2014

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**